IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AARON TYLER CLARK; TYLER BLAKE FLOYD; KAITLYN HELMUTH; HARLEE REWIS; and HALEIGH REWIS, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:22-cv-53 |
| v. | |
| WEEKS MARINE, INC.; JOHN BRENTS HUFFMAN; DAVID SAMPSON; JAMES FERGUSON; and RYAN WELCH, | |
| Defendants. | |

**O R D E R**

Before the Court is a "Joint Dismissal With Prejudice," signed and filed by counsel for Plaintiffs and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action. (Doc. 54.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 5th day of April, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA